USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MELISSA GALVEZ,

Plaintiff,

-against-

INVESTCLOUD,

Defendant.

-----------------------------------------------------------------X

**23-CV-11301 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a joint letter detailing why they believe the proposed settlement agreement is fair, reasonable, and adequate. (ECF No. 53) Attached to the letter is a copy of the Settlement Agreement which the parties have submitted for consideration. This Court has reviewed the parties' submissions in order to determine whether the proposed agreement represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letter, the terms of the proposed settlement agreement, and this Court's own familiarity with the strengths and weaknesses of the parties' positions (as became evident during a Pre-settlement Telephonic Conference conducted by this Court on June 23, 2026), it is hereby ORDERED that:

1. The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees. The agreement is therefore approved.

2. As a result of the Court's approval of the parties' proposed settlement and the signed stipulation of dismissal with prejudice filed with the Court, this action is dismissed with prejudice.

**The Clerk of Court is respectfully directed to close this case.**

**SO ORDERED.**

DATED: New York, New York
August 20, 2026

Katharine H Parker
_______________________________
KATHARINE H. PARKER
United States Magistrate Judge